UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CLAUDE L. GLASS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-72 |
| | ) | (Phillips) |
| STATE OF TENNESSEE, DHS, CSS, | ) | |
| LAJUANA M. KINCAID, | ) | |
| FRED WILLIAM KINCAID, JR., | ) | |
| SANDY NELSON, | ) | |
| KNOX COUNTY JUVENILE COURT CHILD | ) | |
| SUPPORT DIVISION, | ) | |
| DEMETRA HOLLOWAY, | ) | |
| LORETTA EVERETT, JACKIE KITTS, | ) | |
| MOLECULAR PATHOLOGY LAB, | ) | |
| KAREN WHITAKER, | ) | |
| KCDC, RONALD HUBBARD, | ) | |
| CATHERINE QUIST, STAN BRIGGS, | ) | |
| KNOX COUNTY CHANCERY COURT, | ) | |
| WARREN JASPER, KEVIN TEFFETELLER, | ) | |
| ALEXIS SMITH, THOMAS MULLINS, | ) | |
| BILL LOCKETT, TIMOTHY IRWIN, | ) | |
| TENNESSEE CLAIMS COMMISSIONER, | ) | |
| YOUNG WILLIAMS CHILD SUPPORT | ) | |
| SERVICES, WILLIAM SHULTS, | ) | |
| MARSHA RICHESON, HOWARD G. HOGAN, | ) | |
| JOHN W. WEAVER, DAVID DUPREE, | ) | |
| ALTHEA CREEL, LAURA CANEDY, | ) | |
| LEE ANNE BRUCE BOONE, | ) | |
| ALVIN NANCE, ROGER HUBBARD, AND | ) | |
| RIDGEBROOK APARTMENTS, | ) | |
|     Defendants. | ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on the motions to dismiss by the defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Claude L. Glass take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Claude L. Glass their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

                                                 s/ Patricia L. McNutt
                                                   Clerk of Court